IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER HOWARD,**                                            **PLAINTIFF**
**ADC # 118173**

v.                    **CASE NO. 5:15CV00379 BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTION, et al.**                                        **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. Plaintiff submitted an objection in which he asked to amend his complaint. After carefully considering these documents and making a *de novo* review of the record, the plaintiff's request to amend his complaint is denied, and the recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Christopher Howard's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 21st day of January 2016.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE